# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| HYPER ICE, INC. and HYPER IP SUBCO, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BOB AND BRAD, LLC,<br><br>    Defendant. | CASE NO. 0:24-cv-00011-KMM-DTS<br><br>STIPULATED MOTION FOR TRANSFER OF CASE |

### STIPULATED MOTION TO TRANSFER CASE

Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Plaintiffs" or, collectively "Hyperice") and Defendant Bob and Brad, LLC ("Defendant") submit the following Stipulated Motion for Transfer of Case.

Hyperice initiated the instant action in the District of Minnesota because Defendant is a Minnesota limited liability company and maintains a place of business in Minnesota. During the parties' Rule 26(f) Conference, the parties agreed that the Central District of California would be a more convenient location for this proceeding. Hyperice currently has several additional, related cases pending in the Central District of California, many of the witnesses are located in that District, and the parties' lead counsel are located in that District. Defendant, moreover, has consented to venue and personal jurisdiction in the Central District of California.

1

This Court has the authority to transfer this case. "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action . . . to any district or division to which all parties have consented." 28 U.S.C. §1404(a). The parties have both consented to transfer to the Central District of California, and transferring the case to the Central District of California is more convenient for the parties and witnesses, and is in the interest of justice. Therefore, the parties respectfully request that this Court transfer this case to the Central District of California.

Dated: April 10, 2024                                MILLER BARONDESS, LLP

/s/ *Benjamin A. Herbert*
Benjamin A. Herbert
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
(310) 552-4400

/s/ *Richard G. Morgan*
Richard G. Morgan
Lewis Brisbois Bisgaard Smith LLP
Wells Fargo Center
90 S 7th Street, Suite 2800
Minneapolis, MN 55402
612.428.5003
Richard.Morgan@LewisBrisbois.com

OF COUNSEL:

/s/ *Lawrence R. LaPorte*
Lawrence R. LaPorte
*Pro Hac Vice*
Lewis Brisbois Bisgaard Smith LLP
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
213.250.1800
lawrence.laporte@lewisbrisbois.com

*Attorneys for Plaintiffs Hyper Ince, Inc. and Hyper IP Subco, LLC*

Dated: April 10, 2024               LAW OFFICES OF GARY F. WANG

/s/ *Gary F. Wang*
Gary F. Wang
garywang@gfwanglaw.com
448S Pasadena Avenue
Pasadena, California 91105
(626) 585-8001

*Attorneys for Defendant Bob and Brad, LLC*

5

## **SIGNATURE ATTESTATION**

      The other signatories listed, and on those behalf the filing is submitted, concur in the filing's content and have authorized the filing.