**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| HYPER ICE, INC. and HYPER IP SUBCO, LLC, | CASE No. 24-cv-11 (KMM/DTS) |
| Plaintiff, | **ORDER GRANTING MOTION TO TRANSFER** |
| v. | |
| BOB AND BRAD, LLC, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Transfer Case (ECF No. 19). The Court has considered the motion submitted and has determined that there is good cause to grant said motion.

IT IS HEREBY ORDERED that the Motion to Transfer is GRANTED.  The case is transferred to the Central District of California.

Date:  April 11, 2024

*s/Katherine M. Menendez*
Katherine M. Menendez
United States District Judge