BENJAMIN A. HERBERT (State Bar No. 277356)
bherbert@millerbarondess.com
MILLER BARONDESS, LLP
2121 Avenue of the Stars, Suite 2600
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

Attorney for HYPER ICE, INC. and
HYPER IP SUBCO, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYPER ICE, INC. and HYPER IP SUBCO, LLC,,<br><br>Plaintiff,<br><br>v.<br><br>BOB AND BRAD, LLC,,<br><br>Defendant. | CASE NO. 2:24-cv-03212-FMO-JPR<br><br>**NOTICE OF RELATED CASES**<br><br>The Hon. Fernando M. Olguin<br><br>Trial Date:        None Set. |

Pursuant to Local Rule 83-1.3.1, Plaintiffs Hyper Ice, Inc. and Hyperice IP Subco, LLC ("Plaintiffs" or, collectively, "Hyperice") hereby provide notice that the above captioned action is related to the following pending cases because all of the cases call for determination of the same or substantially related or similar questions of law and fact pertaining to claim construction, infringement, invalidity, and damages. All of the cases are assigned to the Honorable John W. Holcomb:

- *Hyper Ice, Inc. et al. v. TOLOCO Inc.*, No. 8:24-cv-00099-JWH-DFM (C.D. Cal., filed January 16, 2024);

- *Hyper Ice, Inc. et al. v. MuscleGun LLC*, No. 8:24-cv-00100-JWH-DFM (C.D. Cal., filed January 16, 2024);

- *Hyper Ice, Inc. et al. v. Joicom Corp.*, No. 8:24-cv-00098-JWH-DFM (C.D. Cal., filed January 16, 2024);

- *Hyper Ice, Inc. et al. v. Dacorm,* No. 8:24-cv-00097-JWH-DFM (C.D. Cal., filed January 16, 2024);

- *Hyper Ice, Inc., et al. v. Cotsoco*, No. 8:24-cv-00291-JWH-DFM (C.D. Cal., filed February 9, 2024);

- *Hyper Ice, Inc., et al v. Therabody, Inc.,* No. 8:24-cv-00390-JWH-DFM (C.D. Cal., filed February 23, 2024);

- *Hyper Ice, Inc., et al v. Macy's, Inc.,* No. 8:24-cv-00391-JWH-DFM (C.D. Cal., filed February 23, 2024);

- *Hyper Ice, Inc., et al v. Merchsource, LLC,* No. 8:24-cv-00410-JWH-DFM (C.D. Cal., filed February 23, 2024).

DATED: April 22, 2024        MILLER BARONDESS, LLP

By: _____
BENJAMIN A. HERBERT
Attorney for HYPER ICE, INC. and
HYPER IP SUBCO, LLC

2
NOTICE OF RELATED CASES